STATE OF MAINE *vs.* DONALD F. SNOW.

Penobscot County. Decided April 8, 1935. An indictment alleging that respondent embezzled property of which he had possession as executor of the last will of a decedent was held good against general demurrer. *State* v. *Snow,* 132 Me., 321.

On pleading anew, under leave reserved to him so to do, he was tried by jury and convicted.

There was no prejudicial error in any ruling on the trial. Exceptions overruled. *James D. Maxwell*, County Attorney, for State. *James M. Gillen*, for respondent.